AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Les Ferguson, individually and on behalf of all others similarly situated<br><br>*Plaintiff*<br>V.<br>CVS Pharmacy, Inc.<br><br><br><br>*Defendant* | Civil Action No. 18cv1529-JLS-MDD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CVS Pharmacy, Inc. c/o Agent: CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Trenton R. Kashima
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/6/18

John Morrill
*CLERK OF COURT*
S/                                   L. Cervantes
*Signature of Clerk or Deputy Clerk*

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 18cv1529-JLS-MDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)*

This summons for *(name of individual and title, if any)* **CVS Pharmacy, Inc.**
was received by me on July 10, 2018

☑ I personally served the Summons in a Civil Action; Civl Cover Sheet; Class Action Complaint on the individual at 818 West Seventh Street, Suite 930, Los Angeles, CA 90017 on July 10, 2018 1:50 PM

☐ I left the Summons in a Civil Action; Civl Cover Sheet; Class Action Complaint at the individual's residence or usual place of abode with ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action; Civl Cover Sheet; Class Action Complaint to **Albert Damonte - Process Specialist**, who is designated by law to accept service of process on behalf of CVS Pharmacy, Inc. on July 10, 2018 1:50 PM

☐ I returned the Summons in a Civil Action; Civl Cover Sheet; Class Action Complaint unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 125.00 for services, for a total of $ 125.00*

*I declare under penalty of perjury that this information is true.*

Date: 7/11/2018

*Server's signature*

**Dion Jones**
*Printed name and title*

Contracted by
1609 James M Wood Blvd.,
Los Angeles, CA 90015
**(213) 249-9999**
*Server's Address*

A0440-SD15288