**CENTER FOR SCIENCE
IN THE PUBLIC INTEREST**
Maia Kats (to be admitted *pro hac vice*)
(DC Bar No. 422798; NY Bar No. 2261592)
*mkats@cspinet.org*
Matthew Simon (to be admitted *pro hac vice*)
(DC Bar No. 144727; NY Bar No. 5447222)
*msimon@cspinet.org*
1220 L Street, NW, Suite 300
Washington, District of Columbia 20005
Telephone: (202) 777-8381
Facsimile: (202) 265-4954

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**MEHRI & SKALET, PLLC**
Craig L. Briskin (to be admitted *pro hac vice*)
(DC Bar No. 980841; NY Bar No. 3028784; MA Bar No. B640963)
*cbriskin@findjustice.com*
1250 Connecticut Avenue, NW, Suite 300
Washington, District of Columbia 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

*Counsel for Proposed Intervenors Jeffrey Worth and Robert Burns*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FERGUSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 3:18-cv-01529-JLS-MDD<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE AND TO TRANSFER OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>Date: Oct. 25, 2018<br>Time: 1:30 PM<br>Courtroom: 4D<br>Judge: Hon. Janis L. Sammartino |

Case No. 18cv1529

NOT. OF MOT & MOT. TO INTERVENE AND TRANSFER OR STAY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 25, 2018 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of United States District Judge Janis L. Sammartino, located at 221 West Broadway, San Diego California 92101, proposed intervenors Jeffrey Worth and Robert Burns ("Proposed Intervenors") will and hereby do move for an Order granting Proposed Intervenors intervention in the above-captioned action and further transferring or, in the alternative, staying this action pursuant to the first-to-file rule.

Proposed Intervenors make this Motion pursuant to Rule 24(a)(2) and Rule 24(b) of the Federal Rules of Civil Procedure and the well-established first-to-file rule. This Motion is based upon the accompanying memorandum of law, the appended exhibits, all pleadings on file, and any additional briefing and argument presented to the Court before or at the hearing on this Motion.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Date: September 6, 2018     Respectfully submitted,

**REESE LLP**

By: */s/ Michael R. Reese*

Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**CENTER FOR SCIENCE
IN THE PUBLIC INTEREST**
Maia Kats (to be admitted *pro hac vice*)
*mkats@cspinet.org*
Matthew Simon (to be admitted *pro hac vice*)
*msimon@cspinet.org*
1220 L Street, NW, Suite 300
Washington, District of Columbia 20005
Telephone: (202) 777-8381
Facsimile: (202) 265-4954

**MEHRI & SKALET, PLLC**
Craig L. Briskin (to be admitted *pro hac vice*)
*cbriskin@findjustice.com*
1250 Connecticut Avenue, NW, Suite 300
Washington, District of Columbia 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

*Counsel for Proposed Intervenors Jeffrey Worth and Robert Burns*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 6, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF, which sends notice of such filing to all parties registered with the CM/ECF system. In addition, I certify that the foregoing document is being served this day by mail on counsel for Defendant in the *Worth* Case, who anticipate entering an appearance on behalf of Defendant in the above-captioned action.

By: */s/ Michael R. Reese*

Michael R. Reese (SBN 206773)

- 4 -  Case No. 18cv1529

NOT. OF MOT & MOT. TO INTERVENE AND TRANSFER OR STAY