FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
Trenton R. Kashima, Esq. (SBN 291405)
trk@classactionlaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

*Attorneys for Plaintiff
and the Putative Classes*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Les Ferguson,** individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br>v.<br><br>**CVS Pharmacy, Inc.,**<br><br>                                  Defendant. | Case No: 18-CV-01529-JLS-MDD<br><br>**DECLARATION OF TRENTON R. KASHIMA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CVS PHARMACY, INC.** |

I, Trenton R. Kashima, declare as follows:

1.     I am an attorney employed at the law firm Finkelstein & Krinsk LLP. I am counsel of record for Plaintiff Les Ferguson ("Plaintiff") in the above-referenced matter.  I have personal knowledge of the matters set forth herein, based on my active participation in all material aspects of this litigation.  If called upon, I could and would testify competently to the facts herein based upon my personal involvement in this case.

2.     Finkelstein & Krinsk LLP is one of the longest-tenured class action litigation firms in California, bringing to bear decades of experience prosecuting class actions in both federal and state venues nationwide.  Our litigation experience includes prosecuting cases against large corporate defendants, and we have extensive

knowledge of the laws and regulations applicable to this case. Our Firm is committed to practicing law in an ethical and professional manner that ensures the best possible outcome for our clients and the classes we represent. We intend to vigorously represent Plaintiff and the putative class, and have the resources to do so.

3. Indeed, Finkelstein & Krinsk LLP has recently litigated a consumer class action case, in this Court, from complaint to the eve of trial, verifying our ability to prosecute all aspects of a class action. In *Hahn v. Massage Envy Franchising LLC*, No. 3:12-cv-00153-DMS-BGS (S.D. Cal. 2012), Finkelstein & Krinsk LLP was appointed class counsel in a consumer action, litigating the case through motions to dismiss, class certification, motions for summary judgment, and trial briefs. Indeed, *Hahn* only settled in 2016 on the eve of trial, four years after the case was originally brought.

4. Finkelstein & Krinsk LLP has also been appointed as class counsel in another dietary supplement case before the Southern District of California, alleging violations of California and federal labeling regulations. *See Clay et al. v. CytoSport Inc.*, 3:15-cv-00165-l-AGS (S.D. Cal. 2015), Dkt. 210 (October 11, 2018 order granting Plaintiffs Motion for Class Certification). Accordingly, Finkelstein & Krinsk LLP has experience with the subject matter and controlling legal claims in this case.

5. Finkelstein & Krinsk LLP also has an appellate practice and understands class actions often do not end with a judgment. Indeed, Finkelstein & Krinsk LLP recently argued *Heckart v. A-1 Self-Storage, Inc.*, Case No. S23232, before the California Supreme Court. This appeal involved a putative California class and took approximately four years to resolve. While we were ultimately unsuccessful in *Heckart*, this case demonstrates Finkelstein & Krinsk LLP commitment to the putative California class, and willingness to take on complex cases. Similarly, within the past few months, Finkelstein & Krinsk LLP successfully overturned an adverse judgment before the Court of Appeal, Second Appellate District, in *Hansen, et al. v.*

*Newegg.com Americas, Inc*., Case No. B271477. But even a successfully litigated appeal, to an appellate court of first instance, required two years and significant resources. This case further evidences Finkelstein & Krinsk LLP is committed to vigorously litigating class cases.

6. I am currently aware of no relationship between my firm or Plaintiff and Mario Aliano or his counsel in *Aliano v. CVS Pharmacy, Inc.,* No. 16-cv-0262 (E.D.N.Y. May 21, 2018).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of October, 2018 at San Diego, California.

                                            *s/ Trenton R. Kashima*
                                            Trenton R. Kashima