**POLSINELLI LLP**
Noel S. Cohen (CA Bar No. 219645)
Ilana G. Zelener (CA Bar No. 311584)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.556.1801
Facsimile:   310.556.1802
Email: ncohen@polsinelli.com
Email: izelener@polsinelli.com

*Attorneys for Defendants CVS Pharmacy, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Les Ferguson, an individual<br><br>Plaintiff,<br><br>v.<br><br>CVS Pharmacy, Inc., a corporation,<br><br>Defendants. | Case No. 3:18-CV-01529-JLS-MDD<br><br>**JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT AND EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Filed Concurrently With [Proposed] Order]<br><br>Complaint Filed: July 5, 2018<br>Complaint Served: July 10, 2018 |

Pursuant to Federal Rule of Civil Procedure 55 and Local Civil Rule 7.2, Plaintiff Les Ferguson ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("Defendant"), hereby jointly move to vacate the Clerk's Entry of Default (Dkt. No. 6), and extend Defendant's deadline to respond to Plaintiff's Complaint (the "Joint Motion").  The parties hereby agree and stipulate as follows:

1. On July 5, 2018, Plaintiff filed this action against Defendant on behalf of himself and all other similarly situated.

2. On July 9, 2018, Plaintiff served a letter pursuant to California Civil

---
JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT AND EXTEND TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT
Case No. 3:18-CV-01529-JLS-MDD

65678941.1

Code §§ 1750, informing Defendant of its alleged violations of the Consumer Legal Remedies Act ("CLRA"), along with a draft of the Complaint filed in this action.

3. On July 10, 2018, Plaintiff served the Complaint in this action on Defendant.

4. On August 2, 2018, Defendant responded to Plaintiff's July 9, 2018 letter requesting additional information regarding Plaintiff's purchase of the allegedly offending products and indicating that if the parties could not reach an amicable resolution Defendant would vigorously defend the Complaint.

5. On August 6, 2018, Plaintiff responded to Defendant's August 2, 2018 letter.

6. Defendant mistakenly believed that the Complaint that it received on July 9, 2018 was only a draft complaint and that no action had been filed while the parties' attempted to resolve the matter.

7. On October 3, 2018, Plaintiff requested an entry of default against Defendant. *See* Dkt. No. 5.

8. On October 3, 2018, the Clerk of the Court entered default against Defendant. *See* Dkt. No. 6.

9. Good cause exists for the Court to grant this Motion pursuant to Fed.R.Civ.P. 55(c) because Defendant did not engage in "culpable conduct" in failing to defend this lawsuit, Defendant believes it has a meritorious defense and setting aside the default will not prejudice Plaintiff. *See, e.g. Arminak v. Arminak & Assocs.*, 2016 WL 10788359, at *13 (C.D. Cal. Dec. 7, 2019) (citing *United States v. Signed Pers. Check No. 730 of Yurban S. Mesle,* 615 F.3d 1085, 1091 (9th Cir. 2010)); *Mendoza v. Wight Vineyard Mgmt.*, 783 F.2d 941, 945 (9th Cir. 1986).

10. The court has broad discretion to set aside an entry of default when the defendant seeks timely relief from the entry of default. *See, e.g. Arminak*, 2016 WL 10788359 at *14.

11. For these reasons, the Parties respectfully request that the Court grant the Joint Motion.

12. As filer of this Joint Motion, counsel for Defendant certifies that the content of this filing is acceptable to Plaintiff's counsel and that she has permission to attach his electronic signature to this filing.

NOW THEREFORE, Plaintiff and Defendant, through their undersigned counsel, do stipulate and agree to:

(1) Vacate the Clerk's entry of default (Dkt. No. 6); and

(2) that Defendant shall have until and including October 26, 2018 to answer or otherwise respond to Plaintiff's Complaint.

Dated: October 16, 2018  **FINKELSTEIN & KRINSK, LLP**

By: */s/ Trenton R. Kashima*
Trenton R. Kashima
*Attorneys for Plaintiff Les Ferguson*

Dated: October 15, 2018  **POLSINELLI LLP**

By: /s/ *Noel Cohen*
Noel S. Cohen
*Attorneys for Defendants CVS Pharmacy, Inc.*