UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FERGUSON, an individual,<br><br>                                          Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a corporation,<br><br>                                          Defendant. | Case No.: 18-CV-1529 JLS (MDD)<br><br>**ORDER REQUESTING ADDITIONAL BRIEFING REGARDING STANDING OF PROPOSED INTERVENORS**<br><br>(ECF No. 4) |

    Presently before the Court is Proposed Intervenors Jeffrey Worth and Robert Burns' Motion to Intervene and to Transfer or, in the Alternative, to Stay This Action Pursuant to the First-to-File Rule ("Mot.," ECF No. 4). In opposing the Proposed Intervenors' request to intervene as a matter of right under Federal Rule of Civil Procedure 24(a)(2), Plaintiff Les Ferguson argues that "[t]he proposed Intervenors . . . lack standing." ECF No. 7 ("Opp'n") at 1. The Proposed Intervenors rejoin that "intervenors do not need Article III standing." ECF No. 14 ("Reply") at 8 (citing *Freedom from Religion Found., Inc. v. Geithner*, 644 F.3d 836, 843 (9th Cir. 2011)).

    The United States Supreme Court recently held that "an intervenor of right must have Article III standing in order to pursue relief that is different from that which is sought by a party with standing." *Town of Chester, N.Y. v. Laroe Estates, Inc.*, 137 S. Ct. 1645, 1651 (2017). The Ninth Circuit reiterated this requirement in *Oregon Prescription Drug*

*Monitoring Program v. United States Drug Enforcement Administration*, 860 F.3d 1228, 1234 (9th Cir. 2017), and *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Product Liability Litigation*, 894 F.3d 1030, 1044 (9th Cir. 2018).

The Court believes that further briefing on the standing of the Proposed Intervenors would be helpful in its determination of the Motion. Specifically, the Court is interested in (1) whether Plaintiff and the Proposed Intervenors seek different relief, and (2) whether the Proposed Intervenors have standing under Article III to intervene as a matter of right in this action. Accordingly, the Court **ORDERS ADDITIONAL BRIEFING**, not to exceed <u>ten (10) pages</u> per side, to be filed on or before <u>fourteen (14) days</u> from the date on which this Order is electronically docketed.

**IT IS SO ORDERED.**

Dated: April 22, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge